# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**AGREEMENT OF DISMISSAL OF APPEAL**

CHINONYEREM OSUAGWU,

    Plaintiff - Appellee,

v.

JEAN REMILLARD, M.D.;
GREGORY KOURY, M.D.; and
DON WHITE,

    Defendants – Appellants.

Case No. 13-2053

    In accordance with Fed. R. App. P. Rule 42(b), the parties to this appeal hereby agree to the dismissal of this appeal. The parties shall bear their own costs and attorneys' fees related to this appeal.

| | |
|---|---|
| RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. | DAVIS, GILCHRIST & LEE, P.C. |
| By:    /S/ Thomas A. Outler<br>       Thomas A. Outler<br>Post Office Box 1888<br>Albuquerque, NM 87103<br>Telephone: (505) 765-5900<br>Facsimile: (505) 768-7395<br>toutler@rodey.com | By:    /S/ Bryan J. Davis<br>       Bryan J. Davis<br>124 Wellesley Dr. SE<br>Albuquerque, NM 87106-1444<br>Tel: (505) 435-9908<br>Fax: (505) 435-9909<br>bryan@davisgilchristlaw.com |
| *Attorneys for Defendants-Appellants.* | *Attorneys for Plaintiff-Appellee* |

I hereby certify I filed this Agreement of Dismissal of Appeal on May 21, 2013, through the CM/ECF system, which caused all other parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Docket Activity.

        RODEY, DICKASON, SLOAN, AKIN
        & ROBB, P.A.

By:   /s/ Thomas A. Outler
       Thomas A. Outler