**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                              Douglas E. Cressler
Clerk of Court                    May 23, 2013                     Chief Deputy Clerk

Mr. Kevin J. Banville
Mr. Thomas Albert Outler
Ms. Shannon Sherrell
Mr. Seth L. Sparks
Rodey Dickason Sloan Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103-0000

Ms. Candace J. Cavanaugh
Butt Thornton & Baehr
4101 Indian School Road NE, Suite 300-S
P.O. Box 3170
Albuquerque, NM 87190

Mr. Bryan J. Davis
Davis & Gilchrist
124 Wellesley Drive SE
Albuquerque, NM 87106

Matthew Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**     **13-2053, Osuagwu v. Koury, et al**
             Dist/Ag docket: 1:11-CV-00001-MV-SMV

Dear Counsel and Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds